FILED
APR 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JOSE R. VAZQUEZ, Defendant. | ) | Criminal Case No. 08CR1157-LAB<br>I N F O R M A T I O N<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine (Felony) |

The United States Attorney charges:

On or about March 30, 2008, within the Southern District of California, defendant JOSE R. VAZQUEZ, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 22.52 kilograms (49.54 pounds) of Cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: April 15, 2008 .

KAREN P. HEWITT
United States Attorney

John F. Weis for

CAROLINE P. HAN
Assistant U.S. Attorney

CPH:mg:Imperial
4/15/08